# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MCGUIRE,<br><br>        Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC and MIDLAND CREDIT MANAGEMENT, INC.,<br><br>        Defendants. | Case No.: 14cv1746-MMA (MDD)<br><br>**ORDER RE: STIPULATION OF DISMISSAL**<br><br>[Doc. No. 35] |

On February 19, 2018, Plaintiff Jennifer McGuire and Defendants Midland Funding, LLC and Midland Credit Management, Inc., jointly filed a stipulation of dismissal of the above-entitled action with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. No. 35 at 2. Accordingly, this case is **DISMISSED WITH PREJUDICE**. The Clerk of Court is instructed to close this case.

**IT IS SO ORDERED**.

Dated: February 20, 2018

*/s/ Michael M. Anello*
Hon. Michael M. Anello
United States District Judge